478 A.2d 114

Commonwealth v. Johnson, Appellant.

Submitted May 4, 1984. Lewis J. Bott, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.

478 A.2d 115

Commonwealth v. Johnson, Appellant.

Submitted November 28, 1983. Vincent A. Couchara, for appellant. Joseph J. Hylan, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.

478 A.2d 115

Commonwealth v. Jones, Appellant.

Petition for Allowance of Appeal
Denied Oct. 30, 1984.